IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STEVEN KAPLAFKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0933-CV-W-GAF |
| | ) | |
| HICKMAN MILLS SCHOOL DISTRICT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Presently before the Court is *pro se* Plaintiff Michael Steven Kaplafka's ("Plaintiff") Motion for Additional Time to find an attorney. (Doc. #15). After entering an Order granting said Motion based on Plaintiff's representations that Defendants did not oppose the Motion (Doc. #16), the Court received an opposition from Defendant Betty Brown. (Doc. #17). Having considered Plaintiff's Motion and the parties' respective arguments, it is

ORDERED that the Court's Order granting an extension of time to and including July 10, 2009 within which Plaintiff must retain counsel and file the parties' proposed scheduling order remains in effect.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: April 29, 2009